IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

  v.

                                              01-cr-064-bbc

REGINALD T. COLE,

                Defendant.

_____

        On May 12, 2008, this court held an initial appearance on the government's petition to revoke supervised release.  Defendant Reginald Cole was present with his attorney Joanne Keane.  The government was represented by Assistant United States Attorney Tim O'Shea and United States Probation Officer Rick Badger.  Cole, by counsel, acknowledged receipt of the revocation petition, waived his right to a probable cause determination, and waived his right to a detention hearing.  In consultation with both sides, I set the hearing before Chief Judge Crabb for May 16, 2008 at 1:20 p.m. Cole shall remain detained in federal custody pending that hearing.  The parties had no other matter's to bring to the court's attention.

        Entered this 12th day of May, 2008.

                                        BY THE COURT:

                                        /s/_____
                                        THERESA M. OWENS
                                        Magistrate Judge